# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 25-3033 |
| | ) |
| MARCEL VINES | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel submits this motion to withdraw as counsel. Counsel intended to indicate in the Notice of Appeal that new counsel was being requested.

Respectfully submitted,

*/s/ Pleasant Brodnax*
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100
pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed by CM/ECF on this the 18th day of March 2025, which will then send a notification to counsel of record.

*/s/ Pleasant Brodnax*
Pleasant S. Brodnax, III