# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 25-3033 |
| | ) | |
| MARCEL VINES | ) | |
| | ) | |
| Appellant. | ) | |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel submits this motion to withdraw as counsel. Counsel intended to indicate in the Notice of Appeal that new counsel was being requested. A copy of this motion will be served on the Appellant.

                                      Respectfully submitted,

                                      */s/ Pleasant Brodnax*
                                      Pleasant S. Brodnax, III
                                      1701 Pennsylvania Avenue, NW
                                      Suite 200
                                      Washington, D.C., 20006
                                      (202) 462-1100
                                      pleasant.brodnax@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the appellate CM/ECF system on March 28, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

A copy of this motion will be mailed, first class postage prepaid, this 28th day of March to Marcel Vines, Register Number 61835-007, USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, West Virginia 26525.

                                          */s/ Pleasant S. Brodnax, III*
                                          Pleasant S. Brodnax, III

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

I hereby certify, pursuant to Fed. R. App. P. 32(g) and Fed. R. App. P. 27(d)(2)(A), that the foregoing motion was prepared in Century Schoolbook 14-point font and contains 239 words.

                                            */s/ Pleasant S. Brodnax, III*
                                          Pleasant S. Brodnax, III