IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                    Record No.:    25-3031

MALIQUE LEWIS.

## RESPONSE TO COURT'S ORDERS DATED APRIL 8, 2025 AND MAY 20, 2025

Comes now, Robert L. Jenkins, Jr., Esq., and files this response to this Honorable Court's orders dated April 8, 2025, and May 20, 2025.

1. Appellant was not represented by retained counsel before the district court as indicated in the April 8, 2025, court order.

2. Undersigned was appointed by the district court to represent Appellant at trial.

3. Upon information and belief, Appellant remains indigent and without sufficient funds to retain counsel.

4. Undersigned counsel is not admitted to practice before this Honorable Court.

5. Undersigned counsel does not intend to represent Appellant before this Honorable Court.

Respectfully submitted,

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
703 309 0899 Telephone
RJenkins@BynumAndJenkinsLaw.com

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 27 2025

RECEIVED

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on counsel of record and the Appellant via U.S. Mail postage prepaid on this May 20, 2025, at:

MALIQUE LEWIS Register Number: 77167-007
USP COLEMAN I
U.S. PENITENTIARY
P.O. BOX 1033
COLEMAN, FL 33521

Chrisellen Rebecca Kolb, Assistant U.S. Attorney
United States Attorney's Office
601 D Street, NW
Washington D.C. 20530

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
703 309 0899 Telephone
RJenkins@BynumAndJenkinsLaw.com

Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, VA 22314

CAPITAL DISTRICT 208

22 MAY 2025 PM 1 L



United States Court of Appeals for the
District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20003

20001-286699